UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST B. MOORE,<br><br>    Petitioner,<br>  vs.<br>MICHAEL BENOV, Warden,<br><br>    Respondent. | Case No. CV 11-593-ABC (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed a Non-Objection to the Magistrate's Report and Recommendation. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: May 24, 2011

                            AUDREY B. COLLINS
                            UNITED STATES DISTRICT JUDGE