JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERNEST B. MOORE,

              Petitioner,

    vs.

MICHAEL BENOV, Warden,

              Respondent.

) Case No. CV 11-593-ABC (DTB)
)
) **JUDGMENT**
)
)
)
)
)
)

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  May 24, 2011

                                     _Audrey B. Collins_

                                 AUDREY B. COLLINS
                                 UNITED STATES DISTRICT JUDGE